In the Matter of THE MERCHANTS BANK OF BROOKLYN, Appellant, *v.* PHILIP F. MILLER, Respondent.

*Matter of Merchants Bank of Brooklyn* v. *Miller,* 176 App. Div. 412, affirmed.

(Argued April 19, 1917; decided May 8, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 19, 1917, which affirmed an order of Special Term canceling of record and discharging a judgment recovered in the Supreme Court against the respondent in favor of the appellant for the sum of $3,237.14 on the 17th day of February, 1900, and docketed the same day in the office of the clerk of the county of Kings. The application to cancel the judgment was based upon the ground that the judgment debtor respondent had been, subsequent to the recovery of the judgment, duly adjudicated and discharged in bankruptcy from all his debts. The motion was opposed upon the grounds that the bankruptcy schedules contained neither the address of the appellant judgment creditor nor a statement that the address was unknown, and that there was nothing among the records of the appellant in the possession of the superintendent of banks to show that the appellant had received any notice of the bankruptcy proceedings.

*Joseph G. Deane* for appellant.

*Louis J. Halbert* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.